JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV-14-06662-RGK (AJWx) | Date | March 17, 2015 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA v. BILL CRANSTON | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams(not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO CLOSE CASE

In light of Plaintiff's Response to the Court's March 10, 2015 Order to Show Cause, the Court orders the case closed.

**IT IS SO ORDERED.**

: 

Initials of Preparer